IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Case No. 2:11-CR-066-CEA |
| | § | ECF |
| CASANDRA LETRIECE DEAN (2) | § | "Referred to the U.S. Magistrate Judge" |

### NOTICE OF ENTRY OF APPEARANCE

CASANDRA LETRIECE DEAN, Defendant in the above-referenced matter, hereby designates Richard Biggs, attorney with the firm of Mullin Hoard & Brown, LLP, of Amarillo, Texas, to appear on her behalf as additional counsel.

Dean requests for Biggs to be included in all communications from the Court or other counsel relating to this case, that he be permitted to appear or file documents on her behalf, and that he be permitted to act as counsel during Dean's trial and/or plea hearing.

Dated: January 12, 2011

Respectfully submitted,

MULLIN HOARD & BROWN, L.L.P.
John Mozola – TSB# 14615500
Richard Biggs – TSB# 24064899
P. O. Box 31656
500 S. Taylor, Suite 800, LB 213
Amarillo, TX 79120-1656
(806) 372-5050 - Telephone
(806) 372-5086 - Facsimile

Agreed to:

By: _____
Casandra Letriece Dean
Defendant

By: /s/ John Mozola
John Mozola
ATTORNEY FOR CASANDRA
LETRIECE DEAN

{8095\00\00424580.DOC / 1}

By: /s/ Richard Biggs
   Richard Biggs
   ATTORNEY FOR CASANDRA
   LETRIECE DEAN

## CERTIFICATE OF SERVICE

     I hereby certify that on the 12th day of January, 2012, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic filing system of the Court. The electronic case filing system will send a "Notice of Electronic Filing" to the following who has consented in writing to accept this Notice as service of this document by electronic means:

U.S. Attorney's Office
500 S. Taylor, Suite 300
Amarillo, Texas 79101.

                                  /s/ John Mozola
                                  John Mozola

## CERTIFICATE OF CONFERENCE

This is to certify that the undersigned counsel or his co-counsel has consulted with the Assistant U.S. Attorney regarding this Motion, and she indicated that the Government does not oppose this motion.

/s/ John Mozola
John Mozola